IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  10-633-1 |
| v. | |
| JOSEPH POLLARD | |

## O R D E R

**AND NOW**, this 12th day of August, 2020, upon consideration of Defendant Joseph
Pollard's Motion for a Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No.
146), the Government's Response in Opposition (ECF No. 147), and Defendant's Supplemental
Brief in Support (ECF No. 153), **IT IS ORDERED** that Defendant's Motion is **GRANTED** and
that Defendant's sentence is hereby modified to reduce his period of incarceration to 168
months.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____

**WENDY BEETLESTONE, J.**